# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Thomas Phelps Hamilton, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:23-cv-00191-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| USA , | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2023 Order.

November 29, 2023

*(signature)*

Katherine Hord Simon, Clerk
United States District Court